ALB:CPK
F. #2016R01209

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – –X

UNITED STATES OF AMERICA

- against -

LLOYD LANDSMAN,

                    Defendant.

– – – – – – – – – – – –X

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  NOV 2 7 2017  ★

**LONG ISLAND OFFICE**

M I S D E M E A N O R
I N F O R M A T I O N

Cr. No. **CR - 17  0653**

(T. 21, U.S.C., §§ 331(c), 333(a)(1),
334(a)(1), 853(a) and 853(p); T. 18, U.S.C.,
§§ 982(a)(7) and 3551 et seq.)

**LOCKE, M. J.**

THE UNITED STATES ATTORNEY CHARGES:

RECEIPT OF MISBRANDED DRUGS IN INTERSTATE
COMMERCE AND DELIVERY THEREOF FOR PAY

1.      On or about and between May 1, 2013 and June 1, 2016, both dates

being approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant LLOYD LANDSMAN did knowingly and intentionally receive in interstate

commerce from locations outside the United States and cause the receipt in interstate

commerce from locations outside the United States and cause the delivery and proffered

delivery thereof for pay to recipients, to wit: patients located in Smithtown, New York, one

or more drugs that were misbranded, to wit: non-FDA-approved injectable botulinum toxin

("Botox").

        (Title 21, United States Code, Sections 331(c) and 333(a)(1); Title 18, United

States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.    The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Section 334(a)(1), which requires any person convicted of such offense to forfeit any article of food, drug, or cosmetic that is adulterated or misbranded when introduced into or while in interstate commerce or while held for sale after shipment in interstate commerce, and Title 18, United States Code, Section 982(a)(7) and Title 21, United States Code, Section 853(a), which require any person convicted of such offense to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offense, including but not limited to $300,000 and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses including but not limited to the real property and buildings located at 994 West Jericho Turnpike, Suite 102, Smithtown, New York 11787.

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        (a)    cannot be located upon the exercise of due diligence;

        (b)    has been transferred or sold to, or deposited with, a third party;

        (c)    has been placed beyond the jurisdiction of the court;

        (d)    has been substantially diminished in value; or

        (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation including but not limited to:   the real property and premises located at 994 West Jericho Turnpike, Suite 102, Smithtown, New York 11787.

(Title 21, United States Code, Sections 334(a)(1), 853(a) and 853(p); Title 18, United States Code, Section 982(a)(7))

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2016R01209

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of*  NEW YORK

### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

### LLOYD LANDSMAN,

Defendants.

# MISDEMEANOR INFORMATION

(T. 21, U.S.C., §§ 331(c), 333(a)(1), 334(a)(1), 853(a) and 853(p);
T. 18, U.S.C., §§ 982(a)(7) and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____
_____

**RECEIVED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 27 2017 ★

LONG ISLAND OFFICE

*Charles P. Kelly, Assistant U.S. Attorney (631) 715-7866*