BEFORE: STEVEN I. LOCKE  DATE: 12/5/2017
UNITED STATES MAGISTRATE JUDGE  TIME: 11:30 am

## CRIMINAL CAUSE FOR ARRAIGNMENT AND PLEA ON MISDEMEANOR INFORMATION

**DOCKET No. CR 17-653(SIL) USA v. LANDSMAN**

**DEFENDANT: Lloyd Landsman      DEF. # 1**
☒ Present   ☐ Not Present   ☐ Custody   ☒ Surrender

**DEFENSE COUNSEL**: Lawrence Carra
☐ Federal Defender   ☐ CJA   ☒ Retained

**A.U.S.A.**: **Charles Kelly**

PRETRIAL: Amanda Sanchez

FTR LOG : 11:35-11:57  MAGISTRATE DEPUTY: KMG

☒ Case called   ☒ Counsel for all sides present

☒ Initial Appearance and Arraignment

☒ Order Setting Conditions of Release and Bond entered.

☒ Defendant is sworn, arraigned, informed of his rights, and waives trial before District Court

☒ Defendant enters a Plea of Guilty to Count **1** of the Misdemeanor Information

☒ Court finds a factual basis for the plea and accepts it

Sentencing:   ☒ To be set by probation

Defendant:   ☒ Bail Set

☒ Plea agreement marked as Ex. 1 and returned to the Government.

☒ Transcript ordered

OTHER: Defendant waives a public reading of the Misdemeanor Information. Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Locke, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, Judge Locke accepts the guilty plea.