UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>Lloyd Landsman,<br><br>    Defendant. | 2:17-cr-00653 (SIL)<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Lloyd Landsman.

Dated: New York, New York
    September 4, 2018

Respectfully submitted,

/s/ Marc L. Mukasey
Marc L. Mukasey
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Phone: (212) 801-6832
Fax: (212) 801-6400
Email: mukaseym@gtlaw.com