| | |
|---|---|
| BEFORE:  STEVEN I. LOCKE | DATE: 2/5/19 |
| UNITED STATES MAGISTRATE JUDGE | TIME:  11:00 am |

## CRIMINAL CAUSE FOR SENTENCING

**DOCKET NO. CR 17-653(SIL) USA v. LLOYD LANDSMAN**

**DEFENDANT: Lloyd Landsman    DEF. #: 1**
☒ Present    ☐ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL: Marc Mukasey**
☐ Federal Defender    ☐ CJA    ☒ Retained

**AUSA: Charles Kelly**
PROBATION OFFICER: Lisa Langone
FTR: 11:00-11:29                COURTROOM DEPUTY: KMG
☒    Case Called.          ☒    Counsel present for all sides.
☒    Sentence held.
☒    Statements of defendant and counsel heard.
**PROBATION:**
      The defendant is sentenced to: Probation for a period of 2 years in accordance with the mandatory standard conditions set forth by Probation.   See Judgment.

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**
      The defendant is ordered to pay a fine in the sum of:
      The fine is payable: To the Clerk of the Court of the EDNY: DUE IMMEDIATELY $5,000.00.
      Special assessment in imposed in the sum of:    $ 25.00.
      The defendant is advised of his right to appeal.