UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,　　　　　　　SATISFACTION OF JUDGMENT

      -against-　　　　　　　　　　　　　　Criminal Docket
　　　　　　　　　　　　　　　　　　　　　　No. CR-17-0653

LLOYD LANDSMAN,　　　　　　　　　　　　(Locke, J.)

      Defendant.
------------------------------X

      WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $5,025.00, that is, a fine in the amount of $5,000.00, and a special assessment in the amount of $25.00, on February 5, 2019, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on February 7, 2019, and

      WHEREAS, said judgment has been fully paid as to the defendant LLOYD LANDSMAN or the liability for the debt has terminated in accordance with 18 U.S.C. § 3613(b),

      THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant LLOYD LANDSMAN.

Dated:　　　Brooklyn, New York
　　　　　　March 28, 2019

　　　　　　　　　　　　　　　　　　　　　　RICHARD P. DONOGHUE
　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Eastern District of New York
　　　　　　　　　　　　　　　　　　　　　　271 Cadman Plaza East, 8th Fl.
　　　　　　　　　　　　　　　　　　　　　　Brooklyn, New York 11201

　　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　PETER A. LASERNA
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　(718) 254-6152