# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Guy Petrillo
Direct Dial: (212) 370-0331
Cell:          (646) 385-1479
gpetrillo@pkbllp.com

April 22, 2019

BY ECF

Hon. Steven I. Locke
United States Magistrate Judge
U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   United States v. Landsman, 17 Cr. 653 (SIL)

Dear Judge Locke:

In connection with the above-referenced matter, and on behalf of our client Lloyd Landsman, M.D., I write respectfully to request an adjournment of the hearing requested by the Probation Department that is currently scheduled for April 25, 2019, at 10:30, to a date on or after May 17, 2019. I make this request because (1) this week is the Passover week for Dr. Landsman; and (2) in other matters, undersigned counsel is already scheduled on April 25, 2019, to represent a client in a meeting with a government agency in the morning and to take a deposition in a filed case in the afternoon. This is the first request for adjournment.

I have conferred with Assistant United States Attorney Charles Kelly and U.S. Probation Officer Ana Gonzalez, who consent to the above proposal. We have agreed, subject to the Court's endorsement, that in light of the issue raised by the Request for Summons and Modification of the Conditions or Term of Supervision dated April 22, 2019 (Modification Request) by the Probation Department, defendant will submit a written response to the Modification Request on or before May 9, 2019, and the United States will reply on or before May 16, 2019.

Respectfully submitted,

Guy Petrillo

cc:   AUSA Charles Kelly
      U.S. Probation Officer Ana Gonzalez