# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Guy Petrillo
Direct Dial: (212) 370-0331
Cell:         (646) 385-1479
gpetrillo@pkbllp.com

July 1, 2019

BY ECF

Hon. Steven I. Locke
United States Magistrate Judge
U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   United States v. Landsman, 17 Cr. 653 (SIL)

Dear Judge Locke:

    In connection with the above-referenced matter, and on behalf of our client Lloyd Landsman, M.D., we write respectfully, and on consent, to request that the status conference scheduled for July 11, 2019, at 11:30, be adjourned without date and without prejudice to any future application by Probation. This is the first request for adjournment.

    Since the last appearance before Your Honor, no issues requiring the Court's time have arisen. We have conferred with Assistant United States Attorney Charles Kelly and U.S. Probation Officer Kelly Devine, and each consents to this request.

Respectfully submitted,

Guy Petrillo

cc:   AUSA Charles Kelly
      U.S. Probation Officer Kelly Devine