USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
US MARSHALS EDNY
2019 SEP 12 PM 2:56

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR-17-0653 |
| DEFENDANT | TYPE OF PROCESS |
| L. LANDSMAN | FINAL ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNITED STATES MARSHALS SERVICE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 CADMAN PLAZA, ROOM G-20, BROOKLYN, NEW YORK 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 16 2019 ★
LONG ISLAND OFFICE

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICHARD P. DONOGHUE-USA
610 FEDERAL PLAZA
5TH FLOOR
CENTRAL ISLIP, N.Y. 11722
ATTN: BRIAN GAPPA

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE EXECUTE THE FINAL ORDER AND DEPOSIT THE CHECK IN THE TOTAL AMOUNT OF $1,533.73 INTO THE ASSET FORFEITURE FUND.

19-FDA-000071

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 631-715-7881
DATE: 9/9/19
M. O'Connor by [signature]

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 9/11/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: SEP 12 2019
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | $0.00 |

REMARKS: $1,533.73 deposited into AFF on SEP 12 2019

17-0653-2

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

RECEIVED
LONG ISLAND OFFICE

2019 SEP 17 PM 2:56

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 16 2019 ★

LONG ISLAND OFFICE

Case 2:17-cr-00653-SIL Document 37 Filed 09/16/19 Page 3 of 8 PageID #: 320
Case 2:17-cr-00653-SIL Document 4 Filed 12/05/17 Page 4 of 5 PageID #: 12
USA000004USA000004

including notice set forth in an indictment or information. In addition, the defendant knowingly and voluntarily waives her right, if any, to a jury trial on the forfeiture of said monies and/or properties, and waives all constitutional, legal and equitable defenses to the forfeiture of said monies and/or properties, including, but not limited to, any defenses based on principles of double jeopardy, the <u>Ex Post Facto</u> clause of the Constitution, the statute of limitations, venue, or any defense under the Eighth Amendment, including a claim of excessive fines.

6. The entry and payment of the Forfeiture Money Judgment is not to be considered a payment of a fine, penalty, restitution loss amount or a payment of any income taxes that may be due and shall survive bankruptcy.

7. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment of conviction. This Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2). At that time, the properties forfeited herein shall be forfeited to the United States for disposition in accordance with the law.

8. This Order shall be binding upon the defendant and the successors, administrators, heirs, assigns and transferees of the defendant, and shall survive the bankruptcy of any of them.

9. This Order shall be final and binding only upon the Court's "so ordering" of the Order.

10. The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Case 2:17-cr-00653-SIL Document 37 Filed 09/16/19 Page 4 of 8 PageID #: 321
Case 2:17-cr-00653-SIL Document 4 Filed 12/05/17 Page 1 of 5 PageID #: 9
USA000001USA000001

SLR:LDM:MMO
F. #2016R01209

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LLOYD LANDSMAN

Defendant.

- - - - - - - - - - - - - - - - X

RECEIVED
US MARSHALS EDNY
2019 SEP 12 PM 2:56

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 05 2017 ★
LONG ISLAND OFFICE

ORDER OF FORFEITURE

17-CR-0653 (Locke, S.)

WHEREAS, on or about December 5, 2017, LLOYD LANDSMAN (the "defendant"), entered a plea of guilty to the offense charged in Count One of the above-captioned Information, charging a violation of 21 U.S.C. § 331(c); and

WHEREAS, pursuant to 18 U.S.C. § 982(a)(7), the defendant has consented to the entry of a forfeiture money judgment in the amount of two hundred fifty thousand dollars and no cents ($250,000.00) (the "Forfeiture Money Judgment"), as property, real or personal, that constitutes or is derived from gross proceeds traceable to the defendant's violation of 21 U.S.C. § 331, and/or as substitute assets, pursuant to 21 U.S.C. § 853(p) incorporated by 18 U.S.C. § 982(b)(1),.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent, by and between the United States and the defendant as follows:

1. The defendant shall forfeit to the United States the full amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C. § 982(a)(7) and 982(b)(1), and 21 U.S.C. § 853(p).

USA000002USA000002

Case 2:17-cr-00653-SIL Document 37 Filed 09/16/19 Page 6 of 8 PageID #: 323
Case 2:17-cr-00653-SIL Document 4 Filed 12/05/17 Page 3 of 5 PageID #: 11
USA000003USA000003

2. All payments made towards the Forfeiture Money Judgment shall be made by a money order, or a certified or official bank check, payable to the "United States Marshals Service" with the criminal docket number noted on the face of the check. The defendant shall cause said check(s) to be delivered by overnight delivery to Assistant United States Attorney Madeline O'Connor, United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722. The Forfeiture Money Judgment shall be paid in full on or before the date of the defendant's sentencing (the "Due Date").

3. Upon entry of this Order of Forfeiture ("Order"), the United States Attorney General or his designee is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c). The United States alone shall hold title to the monies paid by the defendant to satisfy the Forfeiture Money Judgment following the Court's entry of the judgment of conviction.

4. The defendant shall not file or interpose any claim or assist others to file or interpose any claim to any property against which the government seeks to execute the Forfeiture Money Judgment in any administrative or judicial proceeding. The defendant shall fully assist the government in effectuating the payment of the Forfeiture Money Judgment. If the Forfeiture Money Judgment is not received as provided above, the defendant shall forfeit any other property of hers up to the value of the outstanding balance, pursuant to 21 U.S.C. § 853(p).

5. The defendant knowingly and voluntarily waives her right to any required notice concerning the forfeiture of the monies and/or properties forfeited hereunder,

Case 2:17-cr-00653-SIL Document 37 Filed 09/16/19 Page 7 of 8 PageID #: 324
Case 2:17-cr-00653-SIL Document 4 Filed 12/05/17 Page 4 of 5 PageID #: 12
USA000004USA000004

including notice set forth in an indictment or information. In addition, the defendant knowingly and voluntarily waives her right, if any, to a jury trial on the forfeiture of said monies and/or properties, and waives all constitutional, legal and equitable defenses to the forfeiture of said monies and/or properties, including, but not limited to, any defenses based on principles of double jeopardy, the Ex Post Facto clause of the Constitution, the statute of limitations, venue, or any defense under the Eighth Amendment, including a claim of excessive fines.

6. The entry and payment of the Forfeiture Money Judgment is not to be considered a payment of a fine, penalty, restitution loss amount or a payment of any income taxes that may be due and shall survive bankruptcy.

7. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment of conviction. This Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2). At that time, the properties forfeited herein shall be forfeited to the United States for disposition in accordance with the law.

8. This Order shall be binding upon the defendant and the successors, administrators, heirs, assigns and transferees of the defendant, and shall survive the bankruptcy of any of them.

9. This Order shall be final and binding only upon the Court's "so ordering" of the Order.

10. The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

United States v. Lloyd Landsman 17-CR-0653 (Locke)
Order of Forfeiture
Page 3

Case 2:17-cr-00653-SIL   Document 37   Filed 09/16/19   Page 8 of 8 PageID #: 325
Case 2:17-cr-00653-SIL   Document 4   Filed 12/05/17   Page 5 of 5 PageID #: 13
USA000005USA000005

11. The Clerk of the Court is directed to send, by inter-office mail, five (5) certified copies of this executed Order to the United States Attorney's Office, Eastern District of New York, Attn: FSA Paralegal Brian Gappa 610 Federal Plaza, 5th Floor, Central Islip, New York 11722.

Dated: Central Islip, New York
December 5, 2017

SO ORDERED:

/s/ **STEVEN I. LOCKE**

HONORABLE STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK