| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | **FILED**<br>**CLERK**<br>12:37 pm, Apr 22, 2020<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

UNITED STATES OF AMERICA

v.

LLOYD LANDSMAN,

            Defendant.

No. 17-cr-00653 (SIL)

## ORDER TERMINATING PROBATION

Upon the unopposed motion of Lloyd Landsman, dated April 16, 2020, pursuant to 18 U.S.C. §3564(c) and Rule 32.1(c)(2) of the Federal Rules of Criminal Procedure, to terminate the term of probation, and the Court having fully considered the motion and the applicable factors set forth in 18 U.S.C. §§ 3564(c) and 3553(a), it is hereby

**ORDERED** that the motion is granted in the interest of justice and that Lloyd Landsman's term of probation is terminated as of the date of this Order.

**ORDERED** that Lloyd Landsman shall continue to comply with the terms of the Order of Forfeiture dated December 5, 2017.

Dated: Central Islip, New York
       April 22, 2020

                                   SO ORDERED:

                                   /s/ STEVEN I. LOCKE
                                   _____
                                   HONORABLE STEVEN I. LOCKE
                                   UNITED STATES MAGISTRATE JUDGE
                                   EASTER DISTRICT OF NEW YORK